UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOHNSON,<br><br>              Plaintiff,<br><br>    v.<br><br>RAUL LOPEZ, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. 1:10-cv-1945-MJS (PC)<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE TO REFILING WITH THE SUBMISSION OF THE $350.00 FILING FEE<br><br>(ECF Nos. 1 & 5)<br><br>CLERK SHALL CLOSE THE CASE |

Plaintiff Eric Johnson, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 18, 2010.  Plaintiff consented to Magistrate Judge jurisdiction on October 27, 2010.  Before the Court is Plaintiff's Application to Proceed in forma pauperis.  (ECF No. 5.)

Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  Plaintiff became subject to section 1915(g) on September 8, 2005, and he is precluded from proceeding in forma pauperis unless he is, at the time the complaint is filed, under imminent danger of serious physical injury.[1]

---

[1] The Court takes judicial notice of the following cases: Johnson v. State of California, et al., 2:94-cv-01616-DFL-GGH PC (E.D. Cal.) (dismissed 07/26/1995 for failure to state a claim); Johnson v. Briscoe, et al., 2:94-cv-01146-EJG-GGH PC (E.D. Cal.) (dismissed 08/17/1995 for failure to state a claim),

1

1    The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet
2 the imminent danger exception.[2]  <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1053 (9th Cir.
3 2007).  Therefore, Plaintiff is ineligible to proceed in forma pauperis in this action and he
4 must submit the filing fee to proceed.

5    Accordingly, this action is HEREBY DISMISSED, without prejudice to refiling
6 contemporaneous with the submission of the $350.00 filing fee.  The Clerk shall close the
7 case.

11 IT IS SO ORDERED.

12 Dated:    December 16, 2010            /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE

---

27 and <u>Johnson v. Bonaccorso, et al.</u>, 2:94-cv-01925-WBS-GGH PC (E.D. Cal.) (dismissed 09/08/1995 for failure to state a claim).

28  [2] This action involves the claim that prison officials have denied Plaintiff access to the law library thereby denying him access to the courts.  (ECF No. 1 at 3-4.)

2